# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0482

VERSUS

KERRY L. ROLLINS

**JULY 13, 2026**

---

In Re:    Kerry L. Rollins, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 321031.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the bill of information, the sentencing transcript and/or court minutes, the parole revocation transcript, or any other pertinent documents from the district court record that might support his claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date and the writ should be filed on or before November 9, 2026. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT